**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Odell Bruce Lewis** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Patricia Linn Lewis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number   **1:16-bk-11075**
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7       12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AmeriCredit/GM Financial** <br><br> Description of property securing debt: **2015 Chrysler 300 Kelly Blue Book Private Sale Good Condition** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Creditor's name: **Dept of Housing and Urban Development** <br><br> Description of property securing debt: **7046 Hearthwood Drive Hamilton, OH 45011 Butler County** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ■ Retain the property and [explain]: **no obligation after 5 years** | ☐ No <br><br> ■ Yes |
| Creditor's name: **Nhc Union** <br><br> Description of property securing debt: **2007 Chrysler Aspen 94000 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No <br><br> ■ Yes |

| Debtor 1 | **Odell Bruce Lewis** | | |
|---|---|---|---|
| Debtor 2 | **Patricia Linn Lewis** | Case number (*if known*) | **1:16-bk-11075** |

| | | | |
|---|---|---|---|
| property securing debt: | **Kelly Blue Book Private Sale Good Condition** | ☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Stonegate Mortage Corp** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | **7046 Hearthwood Drive Hamilton, OH 45011  Butler County** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Woodberry Community Association, Inc.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Description of property securing debt: | | | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| **Describe your unexpired personal property leases** | **Will the lease be assumed?** |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Debtor 1 **Odell Bruce Lewis**
Debtor 2 **Patricia Linn Lewis**                                   Case number (*if known*) **1:16-bk-11075**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Odell Bruce Lewis**                              X **/s/ Patricia Linn Lewis**
**Odell Bruce Lewis**                                        **Patricia Linn Lewis**
Signature of Debtor 1                                        Signature of Debtor 2

Date   **January 29, 2020**                              Date   **January 29, 2020**

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Odell Bruce Lewis**
**Patricia Linn Lewis**

Debtor(s)

Case No.  **1:16-bk-11075**
Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on 2/5/2020, a copy of the foregoing Statement of Intention was served on the following registered ECF participants,(i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

Chapter 7 Trustee

U.S. Trustee

and

on the following(ii) by ordinary U.S. Mail on 2/5/2020, addressed to:

AmeriCredit/GM Financial
P.O. Box 183583
Arlington, TX  76096

Dept of Housing and Urban Development
451 Seventh Street SW
Washington, DC  20410

Nhc Union
637 Vine Street
Cincinnati, OH  45201

Stonegate Mortage Corp
157 S. Main Street
Mansfield, OH  44902

Woodberry Community Association, Inc.
309 Artillery Park Drive, Suite 201
Ft Mitchell, Ky 41017

/s/ Dean Snyder
Dean Snyder 0039921
Dean Snyder
5127 Pleasant Ave
Fairfield, OH 45014
513-868-1500Fax:513-785-2531
dsnyderpleadingsonly@gmail.com